CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 JUN 29  PM 1:49

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALBERT DE LA GARZA,                          §
                                             §
          Petitioner,                        §
                                             §
v.                                           §          2:09-CV-0270
                                             §
RICK THALER, Director,                       §
Texas Department of Criminal Justice,        §
Correctional Institutions Division,          §
                                             §
          Respondent.                        §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On May 18, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. On June 25, 2012, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are hereby OVERRULED and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the petition for a writ of habeas corpus is DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2012.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE